```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 03630
    JASON W SAUBER
    JESSICA J SAUBER                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-7089      SSN XXX-XX-7305


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 04/05/06 and confirmed on 07/26/06.

     2.  The case was dismissed after confirmation, 12/07/2007.

     3.  The Debtor paid a total of $   8823.27 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN MARKETING/PUBLI | UNSECURED | NOT FILED | .00 | .00 |
| AURORA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BATAVIA CONCRETE | UNSECURED | 8229.11 | .00 | 1804.21 |
| JESSICA SAUBER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 505.00 | .00 | 110.72 |
| COMED | UNSECURED | 1868.84 | .00 | 409.74 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| DIVINE AUTO SALES | UNSECURED | 1597.93 | .00 | 350.34 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT | UNSECURED | 10926.30 | .00 | 2395.57 |
| KENDALL COUNTY COURT | UNSECURED | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 725.00 | .00 | 158.95 |
| KENDALL CO CONCRETE | UNSECURED | 115.83 | .00 | 25.12 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 75.00 | .00 | 16.27 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MYERS & FILBERT PC | UNSECURED | 1735.00 | .00 | 380.40 |
| MANY RENTALS | UNSECURED | NOT FILED | .00 | .00 |
| KENDALL COUNTY COURT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| KENDALL COUNTY COURT | UNSECURED | NOT FILED | .00 | .00 |

```
GREENLEAF MEDICAL ASSOC   UNSECURED       NOT FILED             .00          .00
NICOR GAS                 UNSECURED       NOT FILED             .00          .00
ARMOR SYSTEMS CORP        UNSECURED       NOT FILED             .00          .00
ARMOR SYSTEMS CORP        UNSECURED       NOT FILED             .00          .00
SBC AMERITECH             UNSECURED       NOT FILED             .00          .00
TCF BANK                  UNSECURED       NOT FILED             .00          .00
A R CONCEPTS              UNSECURED       NOT FILED             .00          .00
R & B RECEIVABLES         UNSECURED       NOT FILED             .00          .00
H & R ACCOUNTS            UNSECURED       NOT FILED             .00          .00
ZALUTSKY & PINSKI         REIMBURSEMENT     269.00              .00       269.00
BANKFIRST                 UNSECURED         536.47              .00       117.62
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00        269.00     26314.48         .00      26583.48
PRINCIPAL PAID           .00        269.00      5768.94         .00       6037.94
INTEREST PAID            .00           .00          .00         .00           .00
TOTAL PAID               .00        269.00      5768.94         .00       6037.94
```

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   2500.00 and was paid $   2500.00 .

The Trustee received $     285.33 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/10/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE